Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-374-455**

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

## Title

| | |
|---|---|
| **Title of Work:** | IT'S MY PARTY |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 27, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Stanislav Yurievich Osipov |
| **Pseudonym:** | Beebosloth |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Stanislav Yurievich Osipov |
| | 129 Avenida Sierra, San Clemente, CA, 92672, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Stanislav Yurievich Osipov |
| **Email:** | beebosloth@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 17, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-482

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023



---

## Title

**Title of Work:** NO FLESH, NO BRAIN, BUT STILL IN PAIN

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 07, 2018
**Nation of 1st Publication:** United States

## Author

**Author:** Stanislav Yurievich Osipov
**Pseudonym:** Beebosloth
**Author Created:** 2-D artwork
**Citizen of:** United States
**Domiciled in:** United States
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Stanislav Yurievich Osipov
129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions

**Name:** Stanislav Yurievich Osipov
**Email:** beebosloth@gmail.com

## Certification

**Name:** David Denholm
**Date:** October 17, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-665

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 12, 2023

## Title _____

**Title of Work:** YOU'RE THE ONLY FRIENDS I NEED

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** February 09, 2020
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Stanislav Yurievich Osipov
  **Pseudonym:** Beebosloth
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States
  **Pseudonymous:** Yes

## Copyright Claimant _____

**Copyright Claimant:** Stanislav Yurievich Osipov
129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions _____

**Name:** Stanislav Yurievich Osipov
**Email:** beebosloth@gmail.com

## Certification _____

**Name:** David Denholm
**Date:** October 17, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-427

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

**Title of Work:** "CAN'T TALK I'M IN HELL"

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 11, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Stanislav Yurievich Osipov
  **Pseudonym:** Beebosloth
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Stanislav Yurievich Osipov
129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions

**Name:** Stanislav Yurievich Osipov
**Email:** beebosloth@gmail.com

## Certification

**Name:** David Denholm
**Date:** October 17, 2023



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-460

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | LOST FOREVER IN THE DEEP DARK WOODS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | May 06, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Stanislav Yurievich Osipov |
| **Pseudonym:** | Beebosloth |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Stanislav Yurievich Osipov |
| | 129 Avenida Sierra, San Clemente, CA, 92672, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Stanislav Yurievich Osipov |
| **Email:** | beebosloth@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 17, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-451

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

**Title of Work:**   WHO SAYS YOU CAN'T WEAR TWO MASKS AT THE SAME TIME?

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   December 24, 2018
**Nation of 1st Publication:**   United States

## Author

**Author:**   Stanislav Yurievich Osipov
**Pseudonym:**   Beebosloth
**Author Created:**   2-D artwork
**Citizen of:**   United States
**Domiciled in:**   United States
**Pseudonymous:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Stanislav Yurievich Osipov
129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions

**Name:**   Stanislav Yurievich Osipov
**Email:**   beebosloth@gmail.com

## Certification

**Name:**   David Denholm
**Date:**   October 17, 2023



WHO SAYS YOU CAN'T WEAR TWO MASKS

AT THE SAME TIME



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-420

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | STONED AGAIN |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 18, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Stanislav Yurievich Osipov |
| **Pseudonym:** | Beebosloth |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Stanislav Yurievich Osipov |
| | 129 Avenida Sierra, San Clemente, CA, 92672, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Stanislav Yurievich Osipov |
| **Email:** | beebosloth@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 17, 2023 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-374-429**

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

---

### Title

| | |
|---|---|
| Title of Work: | NO HATE |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | September 26, 2017 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Stanislav Yurievich Osipov |
| Pseudonym: | Beebosloth |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Domiciled in: | United States |
| Pseudonymous: | Yes |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Stanislav Yurievich Osipov |
| | 129 Avenida Sierra, San Clemente, CA, 92672, United States |

### Rights and Permissions

| | |
|---|---|
| Name: | Stanislav Yurievich Osipov |
| Email: | beebosloth@gmail.com |

### Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | October 17, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-374-467**

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | BECOME A VILLAIN |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | July 14, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Stanislav Yurievich Osipov |
| **Pseudonym:** | Beebosloth |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Stanislav Yurievich Osipov |
| | 129 Avenida Sierra, San Clemente, CA, 92672, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Stanislav Yurievich Osipov |
| **Email:** | beebosloth@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 17, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-484

**Effective Date of Registration:**
October 17, 2023

**Registration Decision Date:**
December 11, 2023

---

## Title

          **Title of Work:**  ALL MY FRIENDS ARE ALIVE

## Completion/Publication

          **Year of Completion:**  2017
     **Date of 1st Publication:**  September 14, 2017
  **Nation of 1ˢᵗ Publication:**  United States

## Author

         •      **Author:**  Stanislav Yurievich Osipov
         **Pseudonym:**  Beebosloth
    **Author Created:**  2-D artwork
         **Citizen of:**  United States
     **Domiciled in:**  United States
    **Pseudonymous:**  Yes

## Copyright Claimant

    **Copyright Claimant:**  Stanislav Yurievich Osipov
                     129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions

          **Name:**  Stanislav Yurievich Osipov
          **Email:**  beebosloth@gmail.com

## Certification

          **Name:**  David Denholm
            **Date:**  October 17, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-374-474**

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

Title of Work: I GOT DOWN WITH THE SICKNESS

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: January 15, 2019
Nation of 1st Publication: United States

## Author

• Author: Stanislav Yurievich Osipov
Pseudonym: Beebosloth
Author Created: 2-D artwork
Citizen of: United States
Domiciled in: United States
Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Stanislav Yurievich Osipov
129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions

Name: Stanislav Yurievich Osipov
Email: beebosloth@gmail.com

## Certification

Name: David Denholm
Date: October 17, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-678

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 12, 2023

## Title

| | |
|---|---|
| **Title of Work:** | NOTHING TO LOSE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 14, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Stanislav Yurievich Osipov |
| **Pseudonym:** | Beebosloth |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Stanislav Yurievich Osipov |
| | 129 Avenida Sierra, San Clemente, CA, 92672, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Stanislav Yurievich Osipov |
| **Email:** | beebosloth@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 17, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-447

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 11, 2023

## Title

Title of Work:   THE ILLUSION OF CHOICE

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   September 27, 2017
Nation of 1st Publication:   United States

## Author

•   Author:   Stanislav Yurievich Osipov
Pseudonym:   Beebosloth
Author Created:   2-D artwork
Citizen of:   United States
Domiciled in:   United States
Pseudonymous:   Yes

## Copyright Claimant

Copyright Claimant:   Stanislav Yurievich Osipov
129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions

Name:   Stanislav Yurievich Osipov
Email:   beebosloth@gmail.com

## Certification

Name:   David Denholm
Date:   October 17, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-667

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 12, 2023

---

## Title

**Title of Work:**   EVERYTHING SUCKS EXCEPT YOU

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   April 13, 2019
**Nation of 1ˢᵗ Publication:**   United States

## Author

• **Author:**   Stanislav Yurievich Osipov
**Pseudonym:**   Beebosloth
**Author Created:**   2-D artwork
**Citizen of:**   United States
**Domiciled in:**   United States
**Pseudonymous:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Stanislav Yurievich Osipov
129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions

**Name:**   Stanislav Yurievich Osipov
**Email:**   beebosloth@gmail.com

## Certification

**Name:**   David Denholm
**Date:**   October 17, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-683

**Effective Date of Registration:**
October 17, 2023
**Registration Decision Date:**
December 12, 2023

## Title

**Title of Work:** WE LOVE WHAT KILLS US

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 15, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author

**Author:** Stanislav Yurievich Osipov
**Pseudonym:** Beebosloth
**Author Created:** 2-D artwork
**Citizen of:** United States
**Domiciled in:** United States
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Stanislav Yurievich Osipov
129 Avenida Sierra, San Clemente, CA, 92672, United States

## Rights and Permissions

**Name:** Stanislav Yurievich Osipov
**Email:** beebosloth@gmail.com

## Certification

**Name:** David Denholm
**Date:** October 17, 2023

