IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANISLAV OSIPOV, | |
| Plaintiff, | Case No.: 1:24-cv-01044 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 210 | LEAUTO |
| 34 | DangFuWeng123 |
| 145 | jiuwujiu |
| 150 | BestDanceGirls |
| 122 | Feixiangus |
| 92 | Dino Art & Décor |
| 105 | Wukreran |
| 211 | Hilikol |
| 83 | Knobcar pad |
| 84 | HEI TUZI SHOP |
| 26 | MEIEST |
| 119 | CGFkjisn |
| 200 | BEST EVER |
| 201 | Pedo |
| 203 | The star wins the digital |
| 135 | minisor |
| 215 | Tutu lucky stickers |
| 108 | yuyingwangluokeji |
| 28 | liuzhouxinghui |
| 137 | Azeho |

| | |
|---|---|
| 216 | Boom Shake |
| 1 | Litte Leaves |
| 101 | Semiker US |
| 109 | ODOKA |
| 113 | Saisnoi |
| 129 | FUNCSDIK |
| 212 | Leading New Life |
| 2 | Felou |
| 3 | lulaprooits |
| 4 | bozhouzhuyeyuan |
| 6 | ORLKDFFH |
| 7 | zhengwycbd22 |
| 8 | naruijixinnengyuanke |
| 9 | Lyetny |
| 10 | chennan69999 |
| 11 | Inhomer |
| 13 | YTJFY |
| 14 | FellC |
| 15 | eraehche |
| 16 | gjmiuiuiui |
| 17 | LSHDNG |
| 19 | UKFU |
| 20 | HTDGH |
| 21 | KHAISHOP |
| 23 | wuliangping9955 |
| 24 | Sophuyquanao |
| 31 | KikandKo |
| 32 | Anna Cowper |
| 33 | LPSFJJ |
| 36 | ABabyCool |
| 37 | GWHZZP |
| 38 | gypuiui |
| 39 | AnnaHOME |
| 43 | liuchunb888 |
| 44 | MaMacool |
| 45 | AISSO |
| 46 | zhengzhiqi2299 |
| 47 | yanjinbin |
| 50 | Huirui |
| 51 | PFKJDHNF |
| 53 | Flyminn |
| 54 | Kun0802 |
| 56 | Gallons |
| 57 | TaiyuShop |

| | |
|---|---|
| 58 | linna3555 |
| 59 | fzb88993 |
| 60 | Diusye |
| 63 | leave Online |
| 64 | ocenuttldat |
| 65 | June Chen |
| 66 | winbdgteao |
| 67 | NALLT |
| 69 | hljl5858 |
| 70 | Mapotofux |
| 71 | DEEYC |
| 72 | xiamenshijimeiqulinzhengrongfuzhuangdian |
| 74 | xiaozhil5858 |
| 75 | HFDVSGJN |
| 76 | Xiaoyu8888 |
| 77 | Yuan Binnan |
| 80 | OPFKHNRD |
| 140 | ZJSXINDI |

DATED:  March 18, 2024          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 18, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                        */s/ Keith A. Vogt*
                                                        Keith A. Vogt